IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DENNIS LEWIS RILEY, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:17-CV-235 (CDL) |
| Corrections Officer, JAMES GLOVER, | * |
| | * |
| Defendant. | |
| | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 4, 2019 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 25th day of March, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA